# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

WILLIAM E. MCNULTY,

           Petitioner

        v.

PENNSYLVANIA HOUSING FINANCE AGENCY,

           Respondent

: No. 308 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.